384    COURT OF ERRORS AND APPEALS.

Glazer v. Flemington.    Gonzales v. Hoboken.    *85 N. J. L.*

MARCUS L. GLAZER, PLAINTIFF IN ERROR, v. THE BOROUGH OF FLEMINGTON, DEFENDANT IN ERROR.

Submitted July 3, 1913—Decided October 16, 1913.

On error to the Supreme Court.

For the plaintiff in error, *William C. Gebhardt.*

For the defendant in error, *George H. Large.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion (*Board of Education of Flemington* v. *State Board,* 52 *Vroom* 212) filed in the Supreme Court by Mr. Justice Swayze.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, VOORHEES, KALISCH, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER, JJ.    10.

*For reversal*—None.